IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-05-14 |
| | § | (Magistrate No. CR-G-05-41-M) |
| PAUL JOE MARTIN | § | |

## O R D E R

On January 29, 2007, this Court received a "Entry of Appearance of Counsel" filed by retained counsel, Jennie M. Roberts, for Defendant, Paul Joe Martin.

Because Martin has now retained counsel to continue the prosecution of his appeal, it is,

**ORDERED** that **John Friesell** is hereby **RELIEVED** of any responsibility to further represent Martin and is, hereby, **REMOVED** as court-appointed counsel for the purpose of prosecuting Martin's Appeal.

**DONE** at Galveston, Texas, this     30th     day of January, 2007.

John R. Froeschner
United States Magistrate Judge